UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT GOMILLIA-LEVY, )
)
    Plaintiff, )
)
    vs. )          Case No. 4:07-CV-1648 AGF
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

This matter is before the Court on plaintiff's submission of a financial affidavit, which the

Court will construe as a motion for leave to proceed in forma pauperis. Upon consideration of the

financial information provided in the affidavit, the undersigned finds that plaintiff is financially unable

to pay any portion of the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis

[Doc. #2] is **GRANTED**. See 28 U.S.C. § 1915(a)(1).

Dated this 23rd day of October, 2007.


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE